AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.

BETHEL EVENTS STYLING AND RENTALS, LLC DALISSA SANCHEZ EVENTS, LLC, THE GRAND GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE GLOVE RENTALS, LLC et al.

*Defendant(s)*

Civil Action No. 8:24-cv-03331-DLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BETHEL EVENTS STYLING AND RENTALS LIMITED LIABILITY COMPANY
c/o Resident Agent Adzo B. Tsedze
6659 South Clifton Road
Frederick, Maryland 21703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-03331-DLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.

BETHEL EVENTS STYLING AND RENTALS, LLC
DALISSA SANCHEZ EVENTS, LLC, THE GRAND
GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE
GLOVE RENTALS, LLC et al.

*Defendant(s)*

Civil Action No. 8:24-cv-03331-DLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DALISSA SANCHEZ EVENTS, LLC
c/o Resident Agent Leonard Walker
1939 Kimberly Road
Silver Spring, Maryland 20903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:24-cv-03331-DLB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.    Civil Action No. 8:24-cv-03331-DLB

BETHEL EVENTS STYLING AND RENTALS, LLC
DALISSA SANCHEZ EVENTS, LLC, THE GRAND
GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE
GLOVE RENTALS, LLC et al.

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE GRAND GOLDEN TULIP LLC
c/o Resident Agent Cynthia Dickson
3311 Toledo Terrace
Hyattsville, Maryland 20782

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:24-cv-03331-DLB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.  Civil Action No. 8:24-cv-03331-DLB

BETHEL EVENTS STYLING AND RENTALS, LLC
DALISSA SANCHEZ EVENTS, LLC, THE GRAND
GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE
GLOVE RENTALS, LLC et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UPARENTALS LIMITED LIABILTIY COMPANY
c/o Resident Agent Prudencia Mangebi
3009 La Dova Way
Upper Marlboro, Maryland 20774

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-03331-DLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.    Civil Action No. 8:24-cv-03331-DLB

BETHEL EVENTS STYLING AND RENTALS, LLC
DALISSA SANCHEZ EVENTS, LLC, THE GRAND
GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE
GLOVE RENTALS, LLC et al.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WHITE GLOVE RENTALS, LLC
c/o Resident Agent Sean K. Elavia
502 Washington Avenue
8th Floor
Towson, Maryland 21204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/19/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:24-cv-03331-DLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

CHAMELEON CHAIRS, LLC

*Plaintiff(s)*

v.

BETHEL EVENTS STYLING AND RENTALS, LLC
DALISSA SANCHEZ EVENTS, LLC, THE GRAND
GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE
GLOVE RENTALS, LLC et al.

*Defendant(s)*

Civil Action No. 8:24-cv-03331-DLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LISA LIMBERGER
1009 Old Philadelphia Road
Aberdeen, Maryland 21001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-03331-DLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| CHAMELEON CHAIRS, LLC<br><br>*Plaintiff(s)*<br>v.<br>BETHEL EVENTS STYLING AND RENTALS, LLC DALISSA SANCHEZ EVENTS, LLC, THE GRAND GOLDEN TULIP LLC, UPARENTALS. LLC, WHITE GLOVE RENTALS, LLC et al.<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-03331-DLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TIM LIMBERGER
1009 Old Philadelphia Road
Aberdeen, Maryland 21001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua A. Glikin
jglikin@shulmanrogers.com
Lauren M. Upton
lupton@shulmanrogers.com
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
T: (410) 520-1342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-03331-DLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: